IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  00-cr-00373-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HECTOR MEDINA,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

       Upon petition of the United States and for good cause shown, it is hereby

       ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce HECTOR MEDINA, a.k.a. Hector Rodriguez-Medina, D.O.B. 1976, Inmate No. 101719, before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Petition on Supervised Release, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the Defendant's case, and thereafter to return the Defendant to the institution where he is now confined.

       SO ORDERED this 19th day of January, 2007.

                                      s/ Edward W. Nottingham
                                      UNITED STATES DISTRICT JUDGE
                                      UNITED STATES DISTRICT COURT
                                      DISTRICT OF COLORADO