# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Supervised Release) |
| v. | Case Number:  00-cr-00373-EWN-01 |
| | USM Number:  83319-080 |
| HECTOR MEDINA | Janine Yunker, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1-8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/19/01 |
| 2 | Possession and Use of a Controlled Substance | 01/04/02 |
| 3 | Failure to Participate in Alcohol/Drug Treatment as Directed by the Probation Officer | 06/26/02 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 15, 2007
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

February 26, 2007
Date

DEFENDANT:  HECTOR MEDINA
CASE NUMBER:  00-cr-00373-EWN-01                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 06/19/02 |
| 5 | Failure to Notify the Probation Officer of Change in Residence | 06/22/02 |
| 6 | Failure to Notify the Probation Officer of Change in Employment | 06/20/02 |
| 7 | Violation of the Law | 10/30/05 |
| 8 | Violation of the Law | 06/19/02 |

DEFENDANT:  HECTOR MEDINA
CASE NUMBER:  00-cr-00373-EWN-01                                                                       Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-one (21) months, to run consecutively to Adams County, Case No. 05CR3476 and Denver County, Case No. 05CR5714.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal